**P.K. SCHRIEFFER LLP**
Paul K. Schrieffer, Esq. (CSB#151358)
E-Mail: pks@pksllp.com
Wayne H. Hammack (CSB#202709)
E-Mail: whh@pksllp.com
100 North Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403

Attorneys for Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FOO FIGHTERS, L.L.C., | Case No.: 16-cv-04208 |
| Plaintiff, | Assigned to Hon. Manuel L. Real |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS (L.R. 8-3)** |
| CERTAIN UNDERWRITERS AT LLOYD'S. LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, ROBERTSON TAYLOR INSURANCE BROKERS LIMITED, ROBERTSON TAYLOR INTERNATIONAL INSURANCE BROKERS, INC., and DOES 1 to 10 | Complaint Served: June 17, 2016<br>Initial Response Date: July 8, 2016<br>New Response Date: August 8, 2016 |
| Defendants. | |

Plaintiff, FOO FIGHTERS, L.L.C. (hereinafter "FOO FIGHTERS, L.L.C."), and Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, by and through their counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 8-3 hereby stipulate to a thirty (30) day extension of time to respond to Plaintiff's Complaint in this matter.

Plaintiff filed this action on June 13, 2016. Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON

1

MARKET INSURANCE COMPANIES, were served with the Complaint on June 17, 2016. Pursuant to Federal Rules of Civil Procedure Rule 12(a)(1)(A)(i), Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, are required to respond to the Complaint on or before **July 8, 2016**. Pursuant to Central District Local Rule 8-3, the Parties stipulate and agree to extend this date for thirty (30) days to **August 8, 2016**.

Good cause exists for this extension as the parties have agreed to participate in Mediation prior to Defendants' response to the Complaint. The parties are currently working with an agreed upon mediator to arrange for available dates for Mediation. Good cause further exists for the requested extension to allow Defendants time to retrieve the subject policy(s) prior to responding to the Complaint, and to meet with their counsel who is located in California. Defendants are located in London, England.

Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, have not been granted any prior extensions of time to respond to the Complaint and because the Complaint was recently filed and Plaintiff and these Defendants have agreed to participate in early Mediation, there appears to be no prejudice extending the time for Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, to respond to the Complaint for the limited thirty (30) days from the original response due date.

// // //
// // //
// // //
// // //
// // //
// // //

WHEREFORE, for the foregoing reasons, the parties stipulate that Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, shall have up to and including **August 8, 2016,** to answer or otherwise respond to FOO FIGHTERS, L.L.C.'s Complaint.

IT IS SO STIPULATED.

DATED: July 6, 2016

By: _/s/ Jill Penwarden_
Jill Haley Penwarden, Esq.
Attorneys for Plaintiff
FOO FIGHTERS, L.L.C.

DATED: July 7, 2016

P.K. SCHRIEFFER LLP

By: _/s/ Paul Schrieffer_
Paul K. Schrieffer, Esq.
Wayne H. Hammack, Esq.
Attorneys for Defendants
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES

**CERTIFICATE OF SERVICE**

LIB.137- FOO FIGHTERS LLC v. CERTAIN UNDERWRITERS, 16-cv-04208
United States District Court – Western Division
All purpose Judge: Hon. Manuel L. Real

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 100 N. Barranca Avenue, Suite 1100, West Covina, California 91791.

On **July 7, 2016**, I served the foregoing document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS (L.R. 8-3**, by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

( )   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at West Covina, California in the ordinary course of business.

( )   BY PERSONAL SERVICE: I delivered such envelope(s) by hand to the office(s) of the addressee(s) noted above.

( )   BY FEDERAL EXPRESS: I caused said envelope(s) to be sent by Federal Express to the address(s) noted above.

(XX)  **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will served by mail or by other means permitted by the court rules.

(XX)  **FEDERAL:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 7, 2016**, at West Covina, California.

_____
DESIREE MARQUEZ

P.K. SCHRIEFFER LLP
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403

# PROOF OF SERVICE MAILING LIST

LIB.137- FOO FIGHTERS LLC v. CERTAIN UNDERWRITERS,  16-cv-04208
United States District Court – Western Division
All purpose Judge:  Hon. Manuel L. Real

| Reynold L. Siemens, Esq.<br>Jeffrey A. Kiburtz, Esq.<br>COVINGTON & BURLING LLP<br>2029 Century Park East, Suite 3100<br>Los Angeles, California 90067-3044 | *Counsel for Plaintiff*<br><br>Telephone: (424) 332-4800<br>Email: rsiemens@cov.com |
|---|---|
| Jill Haley Penwarden, Esq.<br>RIMON, PC<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 | Telephone: (415) 683-5472<br>Email:<br>jill.penwarden@rimonlaw.com |

P.K. SCHRIEFFER LLP
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403

2
**CERTIFICATE OF SERVICE**