WRIGHT, L'ESTRANGE & ERGASTOLO
Joseph T. Ergastolo (SBN 137807)
jte@wlelaw.com
402 West Broadway, Suite 1800
San Diego, CA 92101
Tel.: (619) 231-4844; Fax: (619) 231-6710

Attorneys for Defendants Robertson Taylor Insurance Brokers Limited and Robertson Taylor International Insurance Brokers, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOO FIGHTERS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, ROBERTSON TAYLOR INSURANCE BROKERS LIMITED, ROBERTSON TAYLOR INTERNATIONAL INSURANCE BROKERS, INC., and DOES 1-10, <br><br> Defendants. | Case No. 16-cv-04208-R-JEM <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, am a member of the bar of this Court, and counsel for Defendants herein, and I hereby certify that on **July 8, 2016** I served true and correct copies of the following documents:

**1. Notice of Appearance or Withdrawal of Counsel**

__X__ By transmitting the document via Notice of Electronic Filing through CM/ECF on the date of this certificate to those persons as indicated below.

| | |
|---|---|
| Reynold L. Siemens, Esq. <br> rsiemens@cov.com <br> *Attorneys for Plaintiff* | Jill Haley Penwarden <br> Jill.penwarden@rimonlaw.com <br> *Attorneys for Plaintiff* |
| Jeffrey A. Kiburtz <br> jkiburtz@cov.com <br> *Attorneys for Plaintiff* | Paul K. Schrieffer <br> pks@pksllp.com <br> *Attorneys for Defendant Certain Underwriters at Lloyd's London and Certain London Market Insurance Companies* |

Executed on **July 8, 2016.**

*/s/ Joseph T. Ergastolo*
Joseph T. Ergastolo
jte@wlelaw.com

Case No. 16-cv-04208-R-JEM