1  COVINGTON & BURLING LLP
   Reynold L. Siemens (SBN 177956)
2  rsiemens@cov.com
3  2029 Century Park East, Suite 3100
   Los Angeles, CA  90067-3044
4  Tel.: (424) 332-4800

5  Attorneys for Plaintiff Foo Fighters, L.L.C.

6  WRIGHT, L'ESTRANGE & ERGASTOLO
7  Joseph T. Ergastolo (SBN 137807)
   jte@wlelaw.com
8  402 West Broadway, Suite 1800
   San Diego, CA  92101
9  Tel.: (619) 231-4844; Fax: (619) 231-6710

10 Attorneys for Defendants Robertson Taylor
      Insurance Brokers Limited and Robertson
11    Taylor International Insurance Brokers, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| FOO FIGHTERS, L.L.C., | Case No. 16-cv-04208-R-JEM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| CERTAIN UNDERWRITERS AT LLLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, ROBERTSON TAYLOR INSURANCE BROKERS LIMITED, ROBERTSON TAYLOR INTERNATIONAL INSURANCE BROKERS, INC., and DOES 1-10, | **Complaint served:  June 20, 2016**<br>**Current response date:  July 11, 2016**<br>**New response date:  August 10, 2016** |
| Defendants. | |

Case No. 16-cv-04208-R-JEM

1

Stipulation to Extend Time to Respond to Initial
Complaint by Not More than 30 Days

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for defendants Robertson Taylor Insurance Brokers Limited and Robertson Taylor International Insurance Brokers, Inc. (jointly, the "Robertson Taylor Defendants") and plaintiff Foo Fighters, L.L.C. as follows:

1. Pursuant to Local Rule 8-3, the current July 11, 2016 deadline by which the Robertson Taylor Defendants must respond to plaintiff's Complaint in the above-captioned lawsuit by Answer or motion is hereby extended to and including August 10, 2016.

2. By entering into this Stipulation, neither plaintiff nor the Robertson Taylor Defendants intend to waive (nor shall be deemed to have waived) any rights, remedies, claims, defenses, arguments or positions whatsoever (including, but not limited to, with respect to personal jurisdiction) under the law of any jurisdiction.

Dated: July 8, 2016     COVINGTON & BURLING LLP

By: *s/ Reynold L. Siemens*
Reynold L. Siemens (SBN 177956)
Attorneys for Plaintiff Foo Fighters, L.L.C.

Dated: July 8, 2016     WRIGHT, L'ESTRANGE & ERGASTOLO

By: *s/ Joseph T. Ergastolo*
Joseph T. Ergastolo (SBN 137807)
Attorneys for Defendants Robertson
Taylor Insurance Brokers Limited and
Robertson Taylor International
Insurance Brokers, Inc.

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Plaintiff Foo Fighters, L.L.C.

Respectfully submitted,

Dated: July 8, 2016          WRIGHT, L'ESTRANGE & ERGASTOLO

By:  *s/ Joseph T. Ergastolo*
Joseph T. Ergastolo (SBN 137807)
Attorneys for Defendants Robertson Taylor Insurance Brokers Limited and Robertson Taylor International Insurance Brokers, Inc.

Case No. 16-cv-04208-R-JEM