1  WRIGHT, L'ESTRANGE & ERGASTOLO
   Joseph T. Ergastolo (SBN 137807)
2  jte@wlelaw.com
   402 West Broadway, Suite 1800
3  San Diego, CA  92101
4  Tel.: (619) 231-4844; Fax: (619) 231-6710

5  Attorneys for Defendants Robertson Taylor
      Insurance Brokers Limited and Robertson
6     Taylor International Insurance Brokers, Inc.

7                UNITED STATES DISTRICT COURT

8            FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  FOO FIGHTERS, L.L.C., | Case No. 16-cv-04208-R-JEM |
| 11              Plaintiff, | **CERTIFICATE OF SERVICE** |
| 12       v. | |
| 13  CERTAIN UNDERWRITERS AT LLLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, ROBERTSON TAYLOR INSURANCE BROKERS LIMITED, ROBERTSON TAYLOR INTERNATIONAL INSURANCE BROKERS, INC., and DOES 1-10, | |
| 20              Defendants. | |

21       I, the undersigned, am a member of the bar of this Court, and counsel for

22  Defendants herein, and I hereby certify that on **July 8, 2016** I served true and correct

23  copies of the following documents:

24       **1. Stipulation to Extend Time to Respond to Initial Complaint by Not
25          More Than 30 Days**

26  __X__     By transmitting the document via Notice of Electronic Filing through

27  CM/ECF on the date of this certificate to those persons as indicated below.

28

| | |
|---|---|
| Reynold L. Siemens, Esq.<br>rsiemens@cov.com<br>*Attorneys for Plaintiff* | Jill Haley Penwarden<br>Jill.penwarden@rimonlaw.com<br>*Attorneys for Plaintiff* |
| Jeffrey A. Kiburtz<br>jkiburtz@cov.com<br>*Attorneys for Plaintiff* | Paul K. Schrieffer<br>pks@pksllp.com<br>*Attorneys for Defendant Certain Underwriters at Lloyd's London and Certain London Market Insurance Companies* |

Executed on **July 8, 2016.**

          */s/ Joseph T. Ergastolo*
          Joseph T. Ergastolo
          jte@wlelaw.com