**P.K. SCHRIEFFER LLP**
Paul K. Schrieffer, Esq. (CSB#151358)
E-Mail: pks@pksllp.com
Wayne H. Hammack (CSB#202709)
E-Mail: whh@pksllp.com
100 North Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone:  (626) 373-2444
Facsimile:   (626) 974-8403

Attorneys for Defendants, CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FOO FIGHTERS, L.L.C., | Case No.: 16-cv-04208 |
| Plaintiff, | Assigned to Hon. Manuel L. Real |
| v. | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| CERTAIN UNDERWRITERS AT LLOYD'S. LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, ROBERTSON TAYLOR INSURANCE BROKERS LIMITED, ROBERTSON TAYLOR INTERNATIONAL INSURANCE BROKERS, INC., and DOES 1 to 10 | ***[Filed concurrently with [Proposed Order]*** |
| | Complaint Served:  June 17, 2016 Initial Response Date:  July 8, 2016 |
| Defendants. | Previous Date (L-R 8-3): Aug. 8, 2016 |
| | **New Response Date: Sept. 8, 2016** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff, FOO FIGHTERS, L.L.C. (hereinafter "Plaintiff") and Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES (hereinafter collectively "Defendants"), pursuant to Federal Rule of

P. K. S C H R I E F F E R   L L P
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403

Civil Procedure 6(b)(1)(A), hereby stipulate to an additional thirty (30) days extension of time for Defendants to respond to Plaintiff's Complaint in this matter.

Therefore, the last day for Defendants to respond to Plaintiff's Complaint is **Thursday, September 8, 2016.**

Good cause exists for this extension of time for Defendants' response to the complaint.  All parties in this action have agreed to participate in mediation on **August 30, 2016,** with mediator Paul Van Osselaer in Los Angeles.  The parties would prefer to focus resources upon the mediation which, if successful, would result in the resolution of this matter without the need for litigation.  The parties do not anticipate any further requests for extension to respond to the Complaint beyond September 8, 2016.

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

2

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

IT IS SO STIPULATED.

**RIMON, PC**

/s/

DATED: August 4, 2016    By: _____

Jill Haley Penwarden, Esq.
Attorneys for Plaintiff
FOO FIGHTERS, L.L.C.

DATED: August 4, 2016    **P.K. SCHRIEFFER LLP**

/s/

By: _____

Paul K. Schrieffer, Esq.
Wayne H. Hammack, Esq.
Attorneys for Defendants
CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON AND
CERTAIN LONDON MARKET
INSURANCE COMPANIES

P.K. SCHRIEFFER L.L.P.
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403

3

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

**PROOF OF SERVICE**

**LIB.137- FOO FIGHTERS LLC v. CERTAIN UNDERWRITERS,** 16-cv-04208
**United States District Court – Western Division**
**All purpose Judge:  Hon. Manuel L. Real**

I am employed in the county of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within entitled action; my business address is 100 North Barranca Avenue, Suite 1100, West Covina, California 91791.

On **August 5, 2016,** I served the foregoing document(s) described as **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT,** by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

PLEASE SEE ATTACHED SERVICE LIST

**(XX)**   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at West Covina, California in the ordinary course of business.

(  )   BY PERSONAL SERVICE:   I delivered such envelope(s) by hand to the person(s) noted above.

(  )   BY FACSIMILE:  by use of facsimile machine, I served a copy of the document(s) on the interested party(ies) by transmitting by facsimile machine (626) 974-8403 to the party(ies) on the proof of service.  The facsimile machine I used complied with California Rules of Court, Rule 2.301, and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2.306(h), I caused the machine to print a transmission report to reflect it was properly issued by the sending facsimile machine and is attached hereto.

(  )   BY ELECTRONIC EMAIL:  Based on a court or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed in the service list below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful during normal business hours of 8:00 a.m. to 5:00 p.m. to the addressee(s) noted above.

**(XX)**   STATE:  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 5, 2016,** at West Covina, California.

_____
Cruz P. Diaz

P K. S C H R E F F E R  L L P
100 N. Barranca Avenue, Suite 1100
West Covina, California  91791
Telephone:     (626) 373-2444
Facsimile:     (626) 974-8403

4

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

**PROOF OF SERVICE MAILING LIST**

**LIB.137- FOO FIGHTERS LLC v. CERTAIN UNDERWRITERS,** 16-cv-04208
**United States District Court – Western Division**
**All purpose Judge:  Hon. Manuel L. Real**

| | |
|---|---|
| Reynold L. Siemens, Esq.<br>Jeffrey A. Kiburtz, Esq.<br>COVINGTON & BURLING LLP<br>2029 Century Park East, Suite 3100<br>Los Angeles, California 90067-3044 | *Counsel for Plaintiff*<br><br>Telephone: (424) 332-4800<br>Email: rsiemens@cov.com |
| Jill Haley Penwarden, Esq.<br>RIMON, PC<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 | Telephone: (415) 683-5472<br>Email:<br>jill.penwarden@rimonlaw.com |

P.K. SCHRIEFFER LLP
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone:   (626) 373-2444
Facsimile:   (626) 974-8403

5