P.K. SCHRIEFFER LLP
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FOO FIGHTERS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S. LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, ROBERTSON TAYLOR INSURANCE BROKERS LIMITED, ROBERTSON TAYLOR INTERNATIONAL INSURANCE BROKERS, INC., and DOES 1 to 10 <br><br> Defendants. | Case No.: 16-cv-04208 <br><br> Assigned to Hon. Manuel L. Real <br><br> **[PROPOSED ORDER RE: STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** <br><br> *[Filed concurrently with Stipulation Extending Time to Respond to Complaint]* <br><br> Complaint Served: June 17, 2016 <br> Initial Response Date: July 8, 2016 <br><br> Previous Date (L-R 8-3): Aug. 8, 2016 <br><br> **New Response Date: Sept. 8, 2016\** |

Upon consideration of the parties Stipulation to extend the time for Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES, to respond to Plaintiff's Initial Complaint**,** and for good cause showing thereto:

// // //

// // //

1

**[PROPOSED] ORDER RE: STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT**

P.K. SCHRIEFFER LLP
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403

1. The Stipulation between Plaintiff and Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES, for an extension of time to respond or otherwise answer Plaintiff's Complaint, is hereby GRANTED; and

2. Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES, have until September 8, 2016, to file a responsive pleading and/or otherwise answer Plaintiff's initial Complaint.

IT IS SO ORDERED.

DATED: _____, 2016

By: _____
Hon. Manuel L. Real
United States District Judge

# PROOF OF SERVICE

**LIB.137- FOO FIGHTERS LLC v. CERTAIN UNDERWRITERS,**  16-cv-04208
**United States District Court – Western Division**
**All purpose Judge:  Hon. Manuel L. Real**

I am employed in the county of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within entitled action; my business address is 100 North Barranca Avenue, Suite 1100, West Covina, California 91791.

On **August 5, 2016,** I served the foregoing document(s) described as **[PROPOSED] ORDER RE: STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT,** by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

PLEASE SEE ATTACHED SERVICE LIST

(**XX**)   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at West Covina, California in the ordinary course of business.

(  )   BY PERSONAL SERVICE:   I delivered such envelope(s) by hand to the person(s) noted above.

(  )   BY FACSIMILE:  by use of facsimile machine, I served a copy of the document(s) on the interested party(ies) by transmitting by facsimile machine (626) 974-8403 to the party(ies) on the proof of service.  The facsimile machine I used complied with California Rules of Court, Rule 2.301, and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2.306(h), I caused the machine to print a transmission report to reflect it was properly issued by the sending facsimile machine and is attached hereto.

(  )   BY ELECTRONIC EMAIL:  Based on a court or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed in the service list below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful during normal business hours of 8:00 a.m. to 5:00 p.m. to the addressee(s) noted above.

(**XX**)   STATE:   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 5, 2016,** at West Covina, California.

_____
Cruz P. Diaz

P.K. SCHRIEFFER LLP
100 N. Barranca Avenue, Suite 1100
West Covina, California  91791
Telephone:   (626) 373-2444
Facsimile:    (626) 974-8403

**PROOF OF SERVICE MAILING LIST**

**LIB.137- FOO FIGHTERS LLC v. CERTAIN UNDERWRITERS,** 16-cv-04208
**United States District Court – Western Division**
**All purpose Judge:  Hon. Manuel L. Real**

| | |
|---|---|
| Reynold L. Siemens, Esq.<br>Jeffrey A. Kiburtz, Esq.<br>COVINGTON & BURLING LLP<br>2029 Century Park East, Suite 3100<br>Los Angeles, California 90067-3044 | *Counsel for Plaintiff*<br><br>Telephone: (424) 332-4800<br>Email: rsiemens@cov.com |
| Jill Haley Penwarden, Esq.<br>RIMON, PC<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 | Telephone: (415) 683-5472<br>Email:<br>jill.penwarden@rimonlaw.com |

P.K. SCHRIEFFER LLP
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone:  (626) 373-2444
Facsimile:   (626) 974-8403

4

**[PROPOSED] ORDER RE: STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT**