Name and address:

Joseph T. Ergastolo, Esq. (SBN 137807)
Wright, L'Estrange & Ergastolo
402 West Broadway, Suite 1800
San Diego, CA 92101

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Foo Fighters, L.L.C.

Plaintiff(s)

v.

Certain Underwriters at Lloyd's, London, et al.

Defendant(s).

CASE NUMBER

Civil Case No. 16-cv-04208-R-JEM

**(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the
Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Alessi, Robert A.                                          of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 701-3307                    (212) 378-2138

*Telephone Number*          *Fax Number*

ralessi@cahill.com

*E-Mail Address*

Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, New York 10005-1702

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Robertson Taylor Insurance Brokers Limited, Robertson Taylor International Insurance Brokers, Inc.

*Name(s) of Party(ies) Represented*            ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Ergastolo, Joseph T.                                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

137807            (619) 231-4844            (619) 231-6710

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jte@wlelaw.com

*E-Mail Address*

Wright, L'Estrange & Ergastolo
402 West Broadway, Suite 1800
San Diego, CA 92101

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**