Name and address:
Joseph T. Ergastolo, Esq. (SBN 137807)
Wright, L'Estrange & Ergastolo
402 West Broadway, Suite 1800
San Diego, CA 92101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Foo Fighters, L.L.C. | CASE NUMBER |
| | Civil Case No. 16-cv-04208-R-JEM |
| Plaintiff(s) | |
| v. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Certain Underwriters at Lloyd's, London, et al. | |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Matuschak, Nicholas N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, New York 10005-1702

(212) 701-3279    (212) 378-8200
*Telephone Number*    *Fax Number*

nmatuschak@cahill.com
*E-Mail Address*

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Robertson Taylor Insurance Brokers Limited, Robertson Taylor International Insurance Brokers, Inc.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Ergastolo, Joseph T.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Wright, L'Estrange & Ergastolo
402 West Broadway, Suite 1800
San Diego, CA 92101

137807      (619) 231-4844      (619) 231-6710
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

jte@wlelaw.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
U.S. District Judge/U.S. Magistrate Judge