Name and address:

>Joseph T. Ergastolo (SBN 137807)
>Wright, L'Estrange & Ergastolo
>402 West Broadway, Suite 1800
>San Diego, CA 92101
>(619) 231-4844; fax: (619) 231-6710; jte@wlelaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Foo Fighters, L.L.C.

Plaintiff(s),

v.

Certain Underwriters at Lloyd's, London, et al.

Defendant(s),

CASE NUMBER

Civil Case No. 16-cv-04208-R-JEM

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $325 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Heidary, Behesht C.
*Applicant's Name (Last Name, First Name & Middle Initial)*            check here if federal government attorney ☐

Cahill Gordon & Reindel LLP
*Firm/Agency Name*

Eighty Pine Street                              (212) 701-3608            (212) 378-2936
                                                *Telephone Number*         *Fax Number*

*Street Address*

New York, New York 10005-1702                                 bheidary@cahill.com
*City, State, Zip Code*                                         *E-mail Address*

**I have been retained to represent the following parties:**

Robertson Taylor Insurance Brokers Limited            ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____
Robertson Taylor International Insurance Brokers, Inc. ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Please see Attachment "A" annexed hereto. | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[ ]

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that: ☐
(1) All of the above information is true and correct. ☐
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, ☐ professional, or other activities in the State of California. ☐
(3) I am not currently suspended from and have never been disbarred from practice in any court. ☐
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, ☐ and the Federal Rules of Evidence. ☐
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court ~~and maintains an office in the Central District of California for the practice of law~~, as local counsel pursuant to Local ☐ Rule 83-2.1.3.4. [Please see Attachment "B" annexed hereto.]

Dated  August 4, 2016                                        Behesht C. Heidary
                                                             *Applicant's Name (please type or print)*
                                                             /s/ Behesht C. Heidary
                                                             *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Ergastolo, Joseph T.
*Designee's Name (Last Name, First Name & Middle Initial)*

Wright, L'Estrange & Ergastolo
*Firm/Agency Name*

402 West Broadway, Suite 1800

*Street Address*

San Diego, CA 92101
*City, State, Zip Code*

(619) 231-4844
*Telephone Number*

(619) 231-6710
*Fax Number*

jte@wlelaw.com
*E-mail Address*

137807
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel,** ~~and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.~~

Dated August 4, 2016

Joseph T. Ergastolo
*Designee's Name (please type or print)*

[signature]
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Please see Attachment "C" annexed hereto.

ATTACHMENT "A" TO APPLICATION OF NON-RESIDENT ATTORNEY BEHESHT C. HEIDARY TO APPEAR *PRO HAC VICE* IN *FOO FIGHTERS, L.L.C. v. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, ET AL.*, CIVIL CASE NO. 16-cv-04208-R-JEM (C.D. CALIFORNIA)

| Name of Court | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| U.S. Court of Appeals for the Second Circuit | January 31, 2014 | Yes |
| U.S. District Court for the Southern District of New York | April 15, 2014 | Yes |
| U.S. District Court for the Eastern District of New York | May 7, 2014 | Yes |
| All New York State Courts (Admitted in the Appellate Division of the Supreme Court of the State of New York, First Department) | December 9, 2013 | Yes |

## ATTACHMENT "B" TO APPLICATION OF NON-RESIDENT ATTORNEY BEHESHT C. HEIDARY TO APPEAR *PRO HAC VICE* IN *FOO FIGHTERS, L.L.C. v. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, ET AL.*, CIVIL CASE NO. 16-cv-04208-R-JEM (C.D. <u>CALIFORNIA)</u>

The Robertson Taylor Defendants respectfully request that the requirement that the attorney listed in Section III of this application maintain an office in the Central District of California be waived by the Court for the reasons set forth in Attachment "C" to this application.

ATTACHMENT "C" TO APPLICATION OF NON-RESIDENT
ATTORNEY BEHESHT C. HEIDARY TO APPEAR *PRO HAC VICE* IN
*FOO FIGHTERS, L.L.C. v. CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, ET AL.*, CIVIL CASE NO. 16-cv-04208-R-JEM (C.D.
CALIFORNIA)

Wright, L'Estrange & Ergastolo ("WLE") is co-counsel for defendants Robertson Taylor Insurance Brokers Limited and Robertson Taylor International Insurance Brokers, Inc. (jointly, "Robertson Taylor"), in the above-entitled matter. WLE was retained to serve as co-counsel for Robertson Taylor in this lawsuit because WLE has served previously in that capacity for Robertson Taylor's affiliated entities in connection with other litigation.

Central District Local Rule 83-2.1.3.4 requires that persons seeking to appear *pro hac vice* designate as local counsel an attorney who maintains an office in the Central District of California. WLE does not maintain an office in the Central District, although each of the WLE named partners (including Joseph T. Ergastolo) is a member in good standing and has litigated many cases in the Central District. They are also very familiar with the Central District Local Rules.

WLE was counsel of record in the following Central District cases:

- Ziehm v. GC Servs., LP, Case No. 14-cv-03872-SLW-PLA;

- KH Marine, Ltd. v. M/V BBC Campana, Case No. 13-cv-01201-CAS (SSx);

- Panini Am., Inc. v. The Art of the Game, Case No. 11-cv-03971 RGK (AGRx);

- Shabaz v. Polo Ralph Lauren Corp., Case No. 07-cv-01349-AG-ANx;

- Polacsek v. Debticated Consumer, Case No. SACV 03-cv-1003-CJC (CTx);

- W. Univ. of Health Sci. v. Am. Veterinary Med. Assoc., Case No. 00-cv-04096 FMC (BQRx);

- <u>Hokojitsugyo Co., Ltd. v. Whitaker Investment</u>, Case No. 96-cv-1594 LEW (MAN), Southern District case transferred to Judge Real.

Accordingly, WLE respectfully requests that, in light of the circumstances set forth above, the Court waive the requirement that local counsel maintain an office in the Central District for the purpose of moving the *pro hac vice* admission of the individual attorney from our co-counsel, Cahill Gordon & Reindel LLP, who is listed in the foregoing Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice*.

### Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## BEHESHT CAROLINE HEIDARY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **December 9, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 1, 2016

_Susanna Rojas_
Clerk of the Court

2394