Name and address:
Joseph T. Ergastolo, Esq. (SBN 137807)
Wright, L'Estrange & Ergastolo
402 West Broadway, Suite 1800
San Diego, CA 92101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Foo Fighters, L.L.C.

Plaintiff(s)

v.

Certain Underwriters at Lloyd's, London, et al.

Defendant(s).

CASE NUMBER

Civil Case No. 16-cv-04208-R-JEM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Heidary, Behesht C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 701-3608
*Telephone Number*

(212) 378-2936
*Fax Number*

bheidary@cahill.com
*E-Mail Address*

of

Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, New York 10005-1702

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Robertson Taylor Insurance Brokers Limited, Robertson Taylor International Insurance Brokers, Inc.

*Name(s) of Party(ies) Represented*       ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

and designating as Local Counsel

Ergastolo, Joseph T.
*Designee's Name (Last Name, First Name & Middle Initial)*

137807
*Designee's Cal. Bar No.*

(619) 231-4844
*Telephone Number*

(619) 231-6710
*Fax Number*

jte@wlelaw.com
*E-Mail Address*

of

Wright, L'Estrange & Ergastolo
402 West Broadway, Suite 1800
San Diego, CA 92101

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge