WRIGHT, L'ESTRANGE & ERGASTOLO
Joseph T. Ergastolo (SBN 137807)
E-mail: jte@wlelaw.com
402 West Broadway, Suite 1800
San Diego, California 92101-8103
Phone: (619) 231-4844 / Fax: (619) 231-6710

- and -

CAHILL GORDON & REINDEL LLP
Robert A. Alessi (*pro hac vice* admission pending)
   E-mail: ralessi@cahill.com
Behesht Heidary (*pro hac vice* admission pending)
   E-mail: bheidary@cahill.com
Nicholas N. Matuschak (*pro hac vice* admission pending)
   E-mail: nmatuschak@cahill.com
Eighty Pine Street
New York, New York 10005-1702
Phone: (212) 701-3000 / Fax: (212) 269-5420

Attorneys for Defendants Robertson Taylor
  Insurance Brokers Limited and Robertson
  Taylor International Insurance Brokers, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOO FIGHTERS, L.L.C.,** | |
| Plaintiff, | Civil Case No.: 16-cv-04208-R-JEM |
| - against - | **THE ROBERTSON TAYLOR DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT** |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, ROBERTSON TAYLOR INSURANCE BROKERS LIMITED, ROBERTSON TAYLOR INTERNATIONAL INSURANCE BROKERS, INC., and DOES 1-10,** | Date: October 3, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Manuel Real |
| Defendants. | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Points and Authorities of the Robertson Taylor Defendants in Support of Their Motion to Dismiss the Complaint, the August 3, 2016 Declaration of John Silcock (and the documents annexed thereto) and the Robertson Taylor Defendants' Request For Judicial Notice in Support of Their Motion To Dismiss the Complaint, defendants Robertson Taylor Insurance Brokers Limited and Robertson Taylor International Insurance Brokers, Inc. (jointly, the "Robertson Taylor Defendants") will move this Court, pursuant to Fed. R. Civ. P. 8(a), 9(b), 10(c) and 12(b)(6) and Fed. R. Evid. 201(b), at 10:00 a.m. on October 3, 2016, or as soon thereafter as counsel may be heard, in Courtroom 8 of the United States Courthouse located at 312 North Spring Street, Los Angeles, California, for an Order dismissing with prejudice the Sixth Claim, the Seventh Claim, the Eighth Claim and the punitive damages claim alleged in the Complaint against the Robertson Taylor Defendants, on the ground that the Complaint fails to state a claim upon which relief can be granted against the Robertson Taylor Defendants.

**Dated: August 8, 2016**

**WRIGHT, L'ESTRANGE & ERGASTOLO**

By: __/s/ Joseph T. Ergastolo_____
    **Joseph T. Ergastolo (SBN 137807)**
E-mail: jte@wlelaw.com
**402 West Broadway, Suite 1800**
**San Diego, California  92101-8103**
Phone: (619) 231-4844
Fax:    (619) 231-6710

- and -

**CAHILL GORDON & REINDEL LLP**
  Robert A. Alessi (*pro hac vice* admission pending)
    E-mail: ralessi@cahill.com
  Behesht Heidary (*pro hac vice* admission pending)
    E-mail: bheidary@cahill.com
  Nicholas N. Matuschak (*pro hac vice* admission pending)
    E-mail: nmatuschak@cahill.com
**Eighty Pine Street**
**New York, New York 10005-1702**
**Phone: (212) 701-3000**
**Fax:    (212) 269-5420**

*Attorneys for Defendants Robertson Taylor Insurance*
 *Brokers Limited and Robertson Taylor International*
 *Insurance Brokers, Inc.*