WRIGHT, L'ESTRANGE & ERGASTOLO
Joseph T. Ergastolo (SBN 137807)
E-mail: jte@wlelaw.com
402 West Broadway, Suite 1800
San Diego, California  92101-8103
Phone: (619) 231-4844 / Fax: (619) 231-6710

- and -

CAHILL GORDON & REINDEL LLP
Robert A. Alessi (*pro hac vice* admission pending)
    E-mail: ralessi@cahill.com
Behesht Heidary (*pro hac vice* admission pending)
    E-mail: bheidary@cahill.com
Nicholas N. Matuschak (*pro hac vice* admission pending)
    E-mail: nmatuschak@cahill.com
Eighty Pine Street
New York, New York 10005-1702
Phone: (212) 701-3000 / Fax: (212) 269-5420

Attorneys for Defendants Robertson Taylor
  Insurance Brokers Limited and Robertson
  Taylor International Insurance Brokers, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

_____x

| | |
|---|---|
| **FOO FIGHTERS, L.L.C.,** | : |
| | : |
| **Plaintiff,** | : Civil Case No.: 16-cv-04208-R-JEM |
| | : |
| - against - | : [PROPOSED] ORDER GRANTING |
| | : THE ROBERTSON TAYLOR |
| **CERTAIN UNDERWRITERS AT** | : DEFENDANTS' MOTION TO |
| **LLOYD'S, LONDON AND CERTAIN** | : DISMISS THE COMPLAINT |
| **LONDON MARKET INSURANCE** | : |
| **COMPANIES, ROBERTSON** | : |
| **TAYLOR INSURANCE BROKERS** | : |
| **LIMITED, ROBERTSON TAYLOR** | : |
| **INTERNATIONAL INSURANCE** | : |
| **BROKERS, INC., and DOES 1-10,** | : |
| | : |
| **Defendants.** | : |
| | : |

_____x

1     This matter, having come before the Court on the August 8, 2016 Motion of Defendants Robertson Taylor Insurance Brokers Limited and Robertson Taylor International Insurance Brokers, Inc. (jointly, the "Robertson Taylor Defendants") to Dismiss the Complaint; and

    The Court having considered all of the submissions and arguments of the parties,

    Now, for good cause shown, it is hereby

    **ORDERED** that the Robertson Taylor Defendants' Motion to Dismiss the Complaint is **GRANTED** and, accordingly, the Sixth Claim, the Seventh Claim, the Eighth Claim and the claim for punitive damages alleged in the Complaint against the Robertson Taylor Defendants are hereby dismissed with prejudice in their entirety.

Dated: _____, 2016

    _____
    Manuel L. Real
    United States District Judge

[PROPOSED] ORDER GRANTING ROBERTSON TAYLOR DEFENDANTS' MOTION TO DISMISS THE COMPLAINT