WRIGHT, L'ESTRANGE & ERGASTOLO
Joseph T. Ergastolo (SBN 137807)
E-mail: jte@wlelaw.com
402 West Broadway, Suite 1800
San Diego, California  92101-8103
Phone: (619) 231-4844 / Fax: (619) 231-6710

- and -

CAHILL GORDON & REINDEL LLP
Robert A. Alessi (*pro hac vice* admission pending)
   E-mail: ralessi@cahill.com
Behesht Heidary (*pro hac vice* admission pending)
   E-mail: bheidary@cahill.com
Nicholas N. Matuschak (*pro hac vice* admission pending)
   E-mail: nmatuschak@cahill.com
Eighty Pine Street
New York, New York 10005-1702
Phone: (212) 701-3000 / Fax: (212) 269-5420

Attorneys for Defendants Robertson Taylor
  Insurance Brokers Limited and Robertson
  Taylor International Insurance Brokers, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

―――――――――――――――――――――――x

FOO FIGHTERS, L.L.C.,                     :
                                          :
                           Plaintiff,     :     Civil Case No.: 16-cv-04208-R-JEM
                                          :
              - against -                 :     **THE ROBERTSON TAYLOR**
                                          :     **DEFENDANTS' NOTICE OF**
**CERTAIN UNDERWRITERS AT**               :     **INTERESTED PARTIES**
**LLOYD'S, LONDON AND CERTAIN**           :     **PURSUANT TO L.R. 7.1-1**
**LONDON MARKET INSURANCE**               :
**COMPANIES, ROBERTSON**                  :
**TAYLOR INSURANCE BROKERS**              :
**LIMITED, ROBERTSON TAYLOR**             :
**INTERNATIONAL INSURANCE**               :
**BROKERS, INC., and DOES 1-10,**         :
                                          :
                          Defendants.     :
                                          :
―――――――――――――――――――――――x

Pursuant to L.R. 7.1-1, the undersigned counsel of record for defendants Robertson Taylor Insurance Brokers Limited and Robertson Taylor International Insurance Brokers, Inc. (jointly, the "***Robertson Taylor Defendants***"), certify that, in addition to the Robertson Taylor Defendants, the following listed entities may have a pecuniary interest in the outcome of the above-captioned action.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

## A.   Parents and Subsidiaries of the Robertson Taylor Defendants

1. Integro Group Holdings LP (ultimate parent of the Robertson Taylor Defendants; Integro Group Holdings LP is controlled by various investment funds of Odyssey Investment Partners, LLC)

2. Integro Intermediate Inc. (intermediate parent of the Robertson Taylor Defendants)

3. Integro Parent Inc. (intermediate parent of the Robertson Taylor Defendants)

4. ESIX 3 LLC (subsidiary of defendant Robertson Taylor International Insurance Brokers, Inc.)

5. Integro Ltd. (intermediate parent of defendant Robertson Taylor Insurance Brokers Limited)

6. Integro Insurance Brokers Holdings Ltd (intermediate parent of defendant Robertson Taylor Insurance Brokers Limited)

7. Entertainment Insurance Partners Ltd. (intermediate parent of defendant Robertson Taylor Insurance Brokers Limited)

8. RTIB Holdings Ltd. (intermediate parent of defendant Robertson Taylor Insurance Brokers Limited)

9. Robertson Taylor Insurance Brokers Canada Ltd (subsidiary of defendant Robertson Taylor Insurance Brokers Limited)

**B.** <u>**Affiliate/Successor of Robertson Taylor Insurance Brokers Limited**</u>

1. Integro Insurance Brokers Ltd (affiliate of Robertson Taylor Insurance Brokers Limited and the entity by which the employees of Robertson Taylor Insurance Brokers Limited are currently employed).

**C.** <u>**Potential Insurers of the Robertson Taylor Defendants**</u>

At this time, Robertson Taylor is aware of the following insurers (listed in alphabetical order) that may be liable in whole or in part (directly or indirectly) for a judgment and/or the costs of defense in this action:

1. Allied World Assurance Company (Europe) Ltd
2. AmTrust at Lloyd's Limited
3. Atlantic Specialty Insurance Company
4. AXIS Specialty Europe SE
5. AXIS Specialty London; Lloyd's Syndicate 2007 – Novae
6. AXIS Surplus Insurance Company
7. Capitol Specialty Insurance Corporation
8. CNA Insurance Company Limited
9. Continental Casualty Company
10. Darwin National Assurance Company
11. HCC International Insurance Co Plc
12. Ironshore Indemnity Inc.
13. Certain Underwriters at Lloyd's, London
14. Lloyd's Syndicate 1084 – Chaucer
15. Lloyd's Syndicate 1183 – Talbot
16. Lloyd's Syndicate 1225 – AES
17. Lloyd's Syndicate 2526 – A.G. Dore
18. Lloyd's Syndicate 2987 – Brit
19. Lloyd's Syndicate 4444 – CNP

3

20. Markel International Insurance Company Limited

21. Professional Indemnity Consortium – 9972 AEGIS

22. Scottsdale Insurance Company

23. Starr Indemnity & Liability Company

24. XL Specialty Insurance Company

**Dated: August 8, 2016**

**WRIGHT, L'ESTRANGE & ERGASTOLO**

**By: _/s/ Joseph T. Ergastolo_____**
     **Joseph T. Ergastolo (SBN 137807)**
**E-mail: jte@wlelaw.com**
**402 West Broadway, Suite 1800**
**San Diego, California  92101-8103**
**Phone: (619) 231-4844**
**Fax:     (619) 231-6710**
                    **- and -**
**CAHILL GORDON & REINDEL LLP**
   **Robert A. Alessi (*pro hac vice* admission pending)**
     **E-mail: ralessi@cahill.com**
   **Behesht Heidary (*pro hac vice* admission pending)**
     **E-mail: bheidary@cahill.com**
   **Nicholas N. Matuschak (*pro hac vice* admission pending)**
     **E-mail: nmatuschak@cahill.com**
**Eighty Pine Street**
**New York, New York 10005-1702**
**Phone: (212) 701-3000**
**Fax:     (212) 269-5420**

*Attorneys for Defendants Robertson Taylor Insurance Brokers Limited and Robertson Taylor International Insurance Brokers, Inc.*