```
 1  REYNOLD L. SIEMENS (Bar No. 177956)
 2  JEFFREY A. KIBURTZ (Bar No. 228127)
    COVINGTON & BURLING LLP
 3  2029 Century Park East, Suite 3100
 4  Los Angeles, CA 90067-3044
    Telephone: (424) 332-4800
 5  Email: rsiemens@cov.com; jkiburtz@cov.com
 6
    JILL HALEY PENWARDEN (Bar No. 178561)
 7  RIMON, PC
 8  One Embarcadero Center, Suite 400
    San Francisco, CA 94111
 9  Telephone: (415) 683-5472
10  Email: jill.penwarden@rimonlaw.com

11  Attorneys for Plaintiff FOO FIGHTERS, L.L.C.
12
```

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOO FIGHTERS, L.L.C., | Civil Case No.: 16-cv-04208 R (JEMx) |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON** |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, ROBERTSON TAYLOR INSURANCE BROKERS LIMITED, AND ROBERTSON TAYLOR INTERNATIONAL INSURANCE BROKERS, INC., | |
| Defendants | |

The parties, Plaintiff Foo Fighters, LLC and Defendants Certain Underwriters at Lloyd's, London, Certain London Market Insurance Companies, Robertson Taylor Insurance Brokers Limited, Robertson Taylor International Insurance Brokers, through their respective attorneys, hereby stipulate as follows:

1. Plaintiff's entire complaint against all Defendants is hereby dismissed with prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

SO STIPULATED:

DATED: October 6, 2016

COVINGTON & BURLING LLP

By: _____
Reynold L. Siemens

*Attorneys for Plaintiff Foo Fighters, L.L.C.*

DATED: October 6, 2016

P.K. Schrieffer LLP

By: _____
Paul K. Schrieffer

*Attorneys for Defendants Certain Underwriters at Lloyd's, London and Certain London Markets Insurance Companies*

///

///

DATED: October 6, 2016

**WRIGHT L'ESTRANGE & ERGASTOLO**

By: /s/ Joseph T. Ergastolo
Joseph T. Ergastolo

*Attorneys for Defendants Robertson Taylor Insurance Brokers Limited and Robertson Taylor International Insurance Brokers, Inc.*

**IT IS SO ORDERED.**

DATED: _____

_____
**HONORABLE JUDGE MANUEL L. REAL**
Judge of the United States District Court for the Central District of California