JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOO FIGHTERS, L.L.C., | Civil Case No.: 16-cv-04208 R (JEMx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES, ROBERTSON TAYLOR INSURANCE BROKERS LIMITED, AND ROBERTSON TAYLOR INTERNATIONAL INSURANCE BROKERS, INC., | |
| Defendants | |

The parties, Plaintiff Foo Fighters, LLC and Defendants Certain Underwriters at Lloyd's, London, Certain London Market Insurance Companies, Robertson Taylor Insurance Brokers Limited, Robertson Taylor International Insurance Brokers, through their respective attorneys, hereby stipulate as follows:

///

///

1. Plaintiff's entire complaint against all Defendants is hereby dismissed with prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: October 7, 2016



**HONORABLE JUDGE MANUEL L. REAL**
United States District Judge